1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   TRENT JASON,                              No.  CV 12-06191 NJV

9           Plaintiff,                        **ORDER**

10    v.

11  RITE AID CORP,

12          Defendant.
       _____/

13

14  GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable Jeffrey S. White** in the **San**

16  **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17  bear the **initials JSW** immediately after the case number. All hearing dates presently scheduled are

18  vacated and motions should be renoticed for hearing before the judge to whom the case has been

19  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22  Civ. P. 72(b).

23

24                                           FOR THE EXECUTIVE COMMITTEE:

25

26  Dated:  December 19, 2012

27  rev 4-12                                  Richard W. Wieking
                                             Clerk of Court

28

*United States District Court*
*For the Northern District of California*