**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENT JASON, | No. C 12-06191 JSW |
|     Plaintiff, | |
| v. | **ORDER REGARDING RITE AID CORPORATION'S ADMINISTRATIVE MOTION TO SEAL** |
| RITE AID CORPORATION, | |
|     Defendant. | **(Docket No. 29)** |

On January 17, 2013, Rite Aid Corporation ("Rite Aid") filed an administrative motion to seal and a declaration in support of that motion. (Docket No. 29.) Rite Aid moves to seal portions of the Declaration of Trent Jason, filed on January 15, 2013 (Docket No. 28), and it also argues that the declaration is an improper sur-reply to Rite Aid's motion to dismiss. The Court finds good cause to grant Rite Aid's request to seal portions of the Jason declaration. Accordingly, the Court shall seal page 4, lines 1-23 and Exhibit A of that declaration. The Court shall address whether the declaration is, in fact, an improper sur-reply when it resolves the pending motions.

Rite Aid, however, has filed its administrative motion and the supporting declaration under seal and has not made a showing that the motion and the declaration are sealable in their entirety.

//

Accordingly, Rite Aid is HEREBY ORDERED TO SHOW CAUSE IN WRITING by no later than January 28, 2013, why the motion and the declaration should not be electronically filed in the public record.

**IT IS SO ORDERED.**

Dated: January 23, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRENT JASON,

        Plaintiff,

  v.

RITE AID CORP et al,

        Defendant.
                                          /

Case Number: CV12-06191 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Trent Jason
4001 Branscomb Road
P.O. Box 981
Laytonville, CA 95454

Dated: January 23, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk