IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRENT JASON,

    Plaintiff,

v.

RITE AID CORPORATION,

    Defendant.

No. C 12-06191 JSW

**ORDER:**

**(1) DENYING RITE AID CORPORATION'S MOTION TO SEAL ADMINISTRATIVE MOTION TO SEAL AND INSTRUCTIONS TO CLERK; AND**

**(2) DIRECTING THAT NO FURTHER SUBMISSIONS RELATING TO PENDING MOTIONS SHALL BE FILED**

On January 17, 2013, Rite Aid Corporation ("Rite Aid") filed an administrative motion to seal and a declaration in support of that motion. (Docket No. 29.) On January 23, 2013, the Court directed Rite Aid to show cause why its motion and the supporting declaration should not be electronically filed in the public record. On that same day, Rite Aid filed its response to the Order to Show Cause. (Docket No. 32.) The Court notes that the information that Rite Aid seeks to seal are matters relating to the Plaintiffs' allegations and have already been referenced in other documents that have been publicly filed. Accordingly, the Court DENIES Rite Aid's motion to seal its administrative motion to seal. That motion and the declaration of Gabrielle Handler Marks and the proposed order shall be electronically filed in their entirety.

1  The Court also refers *all parties* to Northern District Civil Local Rule 79-5 and General
2  Order 62, which sets forth the standards and procedures to be followed when a party
3  seeks to file a document under seal. If any party fails to comply with these procedures in the
4  future, the Court shall strike the offending briefs from the record.

5  On January 22, 2013, Plaintiff Trent Jason filed a response to Rite Aid's administrative
6  motion to seal. (Docket No. 35.) The Court concludes that response does not contain
7  information that should be filed under seal. Accordingly, the Clerk shall scan and electronically
8  file Docket No. 35 in the public record.

9  Pursuant to the Court's previous Order granting Rite-Aid's motion to seal the
10 Declaration of Trent Jason filed as Docket No. 28, the Court HEREBY ORDERS Rite Aid to
11 file a redacted version of that document. The Clerk is HEREBY ORDERED to file Docket No.
12 28 under seal.

13 It is FURTHER ORDERED that all briefing on the pending motion to remand and the
14 pending motion to dismiss is HEREBY CLOSED. The Court shall not accept any further
15 briefing on those issue. If any party violates this Order, the Court shall strike the offending
16 brief or declaration from the record without further notice.

17 **IT IS SO ORDERED.**

18 Dated: January 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRENT JASON,

        Plaintiff,

  v.

RITE AID CORP et al,

        Defendant.
                                 /

Case Number: CV12-06191 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Trent Jason
4001 Branscomb Road
P.O. Box 981
Laytonville, CA 95454

Dated: January 25, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk